**Order entered February 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01675-CV

**ONE THOUSAND FIVE HUNDRED EIGHTY DOLLARS ($1,580.00) IN LAWFUL UNITED STATES CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-02801-2012**

## ORDER

Before the Court is appellant's February 4, 2014 request for leave to proceed in forma pauperis. The request appears to be in response to our January 17, 2014 letter that the appeal was subject to dismissal unless, within ten days of the letter, appellant provided written verification that appellant had either (1) paid or made arrangements to pay for the clerk's record or (2) been found to be entitled to proceed without payment of costs. We **DENY** the request without prejudice to appellant's right to file an affidavit of indigence in compliance with Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1. Any affidavit filed will be referred to the trial court for a determination as to the appropriate relief. *See* TEX. R. APP. P. 20.1(h)(4). Appellant is cautioned that failure to file, within thirty days from the date of this order, an

affidavit or written verification that appellant has paid or made arrangements to pay for the record will result in dismissal of the appeal.  *See* TEX. R. APP. P. 37.3(b).

/s/    ELIZABETH LANG-MIERS
        JUSTICE